UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

REGINALD McFADDEN,

          Plaintiff,

   -against-                   9:03-CV-0931
                                    (LEK/DRH)
RICHARD ROY; ANTHONY ANNICCI;    (Lead Case)
DEBORAH JARVIS, IRC; IRWIN LIEB,
Urologist; and GLENN S. GOORD,

          Defendants.

_____

REGINALD McFADDEN

          Plaintiff,

   -against-                   9:04-CV-0799
                                    (LEK/DRH)
KANG M. LEE, M.D.; ANTHONY ANNUCCI;  (Member Case)
DONALD SELSKY; T. TEDFORD; DALE
ARTUS; T. TAMER, Sergeant; A. TOUSIGNANT;
S. MILLER; MICHAEL GORDON; WILLIAM
BROWN; J. LAREAU, Sergeant; LINDA KLOPH;
SERGEANT BERNARD, SHU; DAVID O'CONNELL,
M.D.; LOIS CROTTY, Infection Control Nurse;
DAVID ARMITAGE, Lt.; and LESTER N. WRIGHT,
M.D., DOCS,

          Defendants.

_____

## DECISION AND ORDER

     This matter comes before the Court following two Report-Recommendations, filed on

September 6, 2006, and September 13, 2006, by the Honorable David R. Homer, United States

Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New

1

York.  Sept. 6 Report-Rec. (Dkt. No. 123); Sept. 13 Report-Rec. (Dkt. No. 124).  After ten days

from the service thereof, the Clerk has sent the entire file to the undersigned, including the

objections to both Report-Recommendations, by Plaintiff Reginald McFadden, which were filed on

September 15, 2006, and September 21, 2006.  Objections (Dkt. Nos. 125 & 127).

It is the duty of this Court to "make a de novo determination of those portions of the report

or specified proposed findings or recommendations to which objection is made."  28 U.S.C. §

636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  Id.  This Court has considered the objections and

has undertaken a de novo review of the record and has determined that the Report-Recommendation

should be approved for the reasons stated therein.

Accordingly, it is hereby

**ORDERED**, that the September 6, 2006 Report-Recommendation (Dkt. No. 123) is

**APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' motion to dismiss (Dkt. No. 112) is **GRANTED IN PART**

and **DENIED IN PART**.  As to Defendants Wright, Selsky, and Brown, the motion is **GRANTED**

and these Defendants are **DISMISSED** from this case.  As to Defendants Kloph and Crotty, the

motion is **DENIED**; and it is further

**ORDERED**, that the September 13, 2006 Report-Recommendation (Dkt. No. 124) is

**APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's motion for summary judgement against Defendant Lieb (Dkt.

No. 86) is **DENIED**; and it is further

**ORDERED**, that Defendant Lieb's cross-motion for summary judgment (Dkt. No. 88) is

2

**GRANTED** and Defendant Lieb is **DISMISSED** from both the lead case and the member case, and

it is further

>    **ORDERED**, that the Clerk serve a copy of this Order on all parties.

>    **IT IS SO ORDERED**.

DATED:      September 26, 2006
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge